**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

APR 2 2 2004

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

| | | |
|---|---|---|
| JACKSON LEWIS, LLP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 3:04-1045-10 |
| v. | : | |
| | : | |
| ENERSYS, INC., | : | |
| Defendant. | : | |

### DEFENDANT ENERSYS INC.'S MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Enersys Inc., by and through its attorneys, hereby moves to dismiss Plaintiff's Complaint. As explained in the accompanying supporting memorandum, which is incorporated herein in its entirety, the Complaint should be dismissed because the Court lacks subject matter jurisdiction over this matter under the diversity jurisdiction statute, 28 U.S.C. § 1332. The parties are not diverse parties in that both Plaintiff Jackson Lewis, L.L.P., a limited liability partnership with partners who are citizens of Pennsylvania, and Defendant EnerSys Inc., a corporation with its principal place of business in Pennsylvania, are deemed citizens of Pennsylvania, for purposes of diversity jurisdiction. In the absence of complete diversity, this Court does not have jurisdiction over the subject matter.

1

04/22/04/SL1 436247v1/08444.349

WHEREFORE, for the reasons stated herein and in the accompanying supporting memorandum, Defendant respectfully requests the Court grant its motion to dismiss Plaintiff's Complaint.

LEWIS, BABCOCK & HAWKINS

_____
A. Camden Lewis
Federal ID No. 2669
Keith M. Babcock
Federal ID No. 1143
1513 Hampton Street
P.O. Box 11208
Columbia, SC 29211

STEVENS & LEE
Daniel B. Huyett
Pa. Attorney No. 21385
Paul R. Lewis
Pa. Attorney No. 17985
Matthew W. Rappleye
Pa. Attorney No. 81746
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
Phone: (610) 478-2000
Fax: (610) 376-5610

Attorneys for Defendant EnerSys Inc.

Date: April 2̲2̲, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JACKSON LEWIS, LLP,   ) | Case No.3:04-1045-10 |
| ) | |
| Plaintiff,   ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v.   ) | |
| ) | |
| ENERSYS, INC.,   ) | |
| Defendant.   ) | |

I, Connie W. Grugan, secretary with the law firm of Lewis, Babcock & Hawkins, L.L.P., hereby certify that I have served **Defendant Enersys, Inc.'s Motion to Dismiss, Memorandum in Support of Its Motion to Dismiss, and Rule 26.01 Answers to Interrogatories** upon opposing counsel by mailing a copy of same, postage prepaid and return address clearly indicated on said envelope, to said opposing counsel at the following address:

R. Bruce Shaw, Esquire
NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
Post Office Box 11070
Columbia, South Carolina  29211

_____
Connie W. Grugan

This 22nd day of April, 2004.